IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| LORI FREITAS and<br>KAYLEE MCWILLIAMS,<br><br>　　　　　　　　　Appellants,<br>　v.<br><br>GEISINGER HEALTH PLAN and<br>SOCRATES, INC.,<br><br>　　　　　　　　　Appellees. | Appeal No. 23-1381 |

## STIPULATED DISMISSAL OF APPEAL

Pursuant to F.R.App.P. 42 and by agreement of the parties, Appellants Lori Freitas and Kaylee McWilliams voluntarily and with prejudice dismiss/withdraw this appeal, with each party to bear her/its own fees and costs.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ Charles Kannebecker
CHARLES KANNEBECKER
Law Office of Charles Kannebecker
104 W. High St.
Milford, PA 18337

*Attorney for Appellants*

/s/ Raymond A. Kresge
JEFFREY I. PASEK
RAYMOND A. KRESGE
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103

*Attorney for Appellees*